UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWAY MENGISTU, | ) Case No. CV 08-3586 JC |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CITY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

In accordance with the Court's oral Order this date, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:   October 3, 2012


_____ /s/ _____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1